UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
ALDRIC GRANDY,

                             Plaintiff,

            - against -

BAC Home Loan Servicing, LP,

                            Defendant.

---------------------------------------------------------------- x

Index No. 10-CV-4278 (S.J.T)

**STIPULATION
EXTENDING TIME
TO RESPOND TO PETITION**

      IT IS HEREBY STIPULATED AND AGREED that the time for Defendants, BAC HOME LOAN SERVICING, LP, to answer, make a motion with respect to, or otherwise respond to the complaint in this action is extended to and including November 16, 2010. This stipulation may be executed in counterparts and exchanged via facsimile or electronic mail. There have been no previous requests for extensions of time by either party.

Dated:  New York, New York
         October 22, 2010

By: _____
Aldric Grandy
194-02 112th Avenue
Saint Albans, New York 11412
Telephone: (646)-294-2437
Fax: (646) 638-1683
*Plaintiff*

BRYAN CAVE LLP

By: _____
Glenn Coleman
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-2175
Fax: (212) 541-1476
*Attorneys for BAC Home Loan Servicing, LP*

SO ORDERED:

_____
Hon. Sandra L. Townes, U.S.D.J.

1

C07156603149361599423.1