UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| ALDRIC GRANDY,<br><br>                    Plaintiff,<br><br>    - against -<br><br>BAC Home Loan Servicing, LP,<br><br>                  Defendant. | Index No. 10-CV-4278 (S.J.T)<br><br>**RULE 7.1 STATEMENT OF DEFENDANT BAC HOME LOANS SERVICING, LP** |

------------------------------------------------------------ x

       Defendant BAC Home Loans Servicing, LP, by its attorneys, Bryan Cave LLP, hereby certifies pursuant to Fed. R. Civ. P. 7.1 as follows:

       1.    BAC Home Loans Servicing, LP is 99.9% owned by BANA LP, LLP.

       2.    BANA, LP, LLC is 100% owned by Bank of America, National Association.

       3.    Bank of America, National Association is 100% owned by Bank of America Corporation.

       4.    Bank of America Corporation is a publicly traded company.

Dated:  New York, New York
            November 16, 2010

                                        BRYAN CAVE LLP

                                        By:     /s/ Glenn B. Coleman
                                                Glenn B. Coleman
                                        1290 Avenue of the Americas
                                        New York, New York 10104
                                        Telephone: (212) 541-2175
                                        Fax: (212) 541-1476

                                        *Attorneys for BAC Home*
                                        *Loans Servicing, LP*